Freedkin & Brumlik, and Abbell, Edelman, Portes & Abbell, for appellant; David Freedkin, of counsel; Rosenberg, Stein & Rosenberg, for appellee; Merwin S. Rosenberg, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed January 23, 1950; released for publication February 21, 1950.

## Albert E. Gill, Appellant, v. West End Pine Apartments, Inc. et al., Appellees.

Gen. No. 44,813.

Clarence W. Horstman, for appellant; Karlin & Coe, Charles F. Grimes, and William M. Rice, for certain appellees. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion filed February 7, 1950; released for publication February 21, 1950.